IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD GREENBERG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1204-KAJ |
| | ) | |
| HON. GORDON R. ENGLAND, Secretary of the Navy, | ) ) | |
| | ) | |
| Defendant. | ) | |

ORDER

For the reasons set forth in the Memorandum Opinion of today's date in this matter,

IT IS HEREBY ORDERED that the Secretary's motions for summary judgment (Docket Items 15 and 16) are GRANTED, and Greenberg's motion for summary judgment (Docket Item 20) is DENIED.

_____
UNITED STATES DISTRICT JUDGE

October 6, 2005
Wilmington, Delaware