IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD GREENBERG,          )<br>                             )<br>     Plaintiff,             )<br>                             )<br>     v.                      )     Civil Action No. 04-1204 ( KAJ )<br>                             )<br>HON. GORDON R. ENGLAND,      )<br>     Secretary of the Navy,  )<br>                  Defendant,) | |

NOTICE OF APPEAL

Notice is hereby given that Richard Greenberg hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on 6 October 2005.

DATED: October 28, 2005         _____
                                Thomas V. McDonough, Esq., #2350.
                                Delaware Volunteer Legal Services, inc.
                                P.O. Box 7306
                                Wilmington, DE 19802
                                TEL: (302) 478-8680



## CERTIFICATE OF SERVICE

I certify under penalty of perjury that the preceding motion has been served by U.S. Mail, postage prepaid upon Colm Connolly, United States Attorney for the District of Delaware, 1007 Orange St. Suite 700 Wilmington, DE 19899-2046

DATE October 28, 2005         /s/ T. V. McM
Thomas V. McDonough, Esq., #2350.

Delaware Volunteer Legal Services, inc.
P.O. Box 7306
Wilmington, DE 19802
TEL: (302) 478-8680