UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 05-4840

_____

RICHARD GREENBERG
Appellant
v.

HON. GORDON R. ENGLAND,
SECRETARY OF THE NAVY

_____

On Appeal from the United States District Court
for the District of Delaware
(No. 1:04-cv-01204-KAJ)

District Court: Hon. Kent A. Jordan

_____

Submitted Under Third Circuit LAR 34.1(a)

November 8, 2006

Before: SCIRICA, Chief Judge, McKEE, and STAPLETON, Circuit Judges

JUDGMENT

It is hereby ORDERED AND ADJUDGED by this Court that the Order of the United States District Court for District of Delaware entered October 6, 2005, granting the Secretary of the Navy's Motion for Summary Judgment and denying Richard Greenberg's motion for summary judgment is AFFIRMED.

Costs taxed against Appellant.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: January 11, 2007

**Certified as a true copy and issued in lieu
of a formal mandate on April 3, 2007**

**Teste:/s/ Marcia M. Waldron
Clerk, U.S. Court of Appeals for the Third Circuit**

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk